PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

## Report on Offender Under Supervision

**Name of Offender:** Charles Harly        **Case Number:** 1:CR-00-80-001
**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, U.S. District Judge
**Date of Original Sentence:** October 20, 2000
**Original Offense:** Possession with Intent to Distribute in Excess of 5 Grams of Crack Cocaine, 21 USC § 841(a)(1).
**Original Sentence:** 90 months imprisonment, followed by 5 years supervised release
**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** April 19, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On July 13, 2006, Mr. Harly provided a urine specimen which tested positive for cocaine. |

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

Mr. Harly has been under the supervision of the Middle District of Florida's Fort Myers office since his release from imprisonment on April 19, 2006. He admitted his drug use to his supervising probation officer and acknowledged that he had made a poor decision. Mr. Harly was apologetic and remorseful. He is currently involved in substance abuse treatment, and participates in weekly group counseling sessions and monthly individual sessions. Mr. Harly was reprimanded for his drug use and was advised that future incidents of drug use could result in his term of supervised release being revoked. Given that this is his first incident of noncompliance and that he has involved himself in drug treatment, the Middle District of Florida is not requesting further action at this time. Our office is in agreement with this decision.

Unless otherwise directed by the Court, the probation office will continue to closely monitor Mr. Harly's involvement with substance abuse treatment and test him for drug use. His failure to follow through with treatment measures will be brought to Your Honor's attention.

Respectfully submitted,

by   Frances J. Regan
     U.S. Probation Officer
     Date: August 17, 2006

[✓] Recommendation Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

s/ Yvette Kane
_____
Signature of Judicial Officer

8/25/06
_____
Date